NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent,*

*v.*

CLARENCE AUBURN JONES, JR., *Petitioner.*

No. 1 CA-CR 18-0646 PRPC
FILED 1-3-19

Petition for Review from the Superior Court in Yavapai County
No. P1300CR201401113
The Honorable Tina R. Ainley, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Yavapai County Attorney's Office, Prescott
By Sheila Sullivan Polk
*Counsel for Respondent*

Clarence Auburn Jones, Jr., Florence
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Diane M. Johnsen, Judge Maria Elena Cruz and Judge Randall M. Howe delivered the decision of the Court.

**PER CURIAM**:

¶1      Petitioner Clarence Auburn Jones, Jr. seeks review of the superior court's order denying his first but untimely petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

¶2      Absent an abuse of discretion or error of law, this court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. Petitioner has not established an abuse of discretion.

¶4      For the foregoing reasons, we grant review but deny relief.

